# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count 1: 18 U.S.C. sec. 844(i), (n) -- Conspiracy to destroy by fire or explosive a building used in interstate commerce
Count 2: 26 U.S.C. sec. 5861(d) -- Possession of unregistered destructive devices
Counts 3-5: 18 U.S.C. sec. 922(o) -- Unlawful possession of machine gun

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached

### DEFENDANT - U.S

▶ Ian Benjamin Rogers

DISTRICT COURT NUMBER
3:21-cr-00274 CRB

FILED
Jul 07 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Napa County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
21-mj-70157 MAG

Name and Office of Person Furnishing Information on this form    Frank Riebli
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Frank Riebli, AUSA

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Napa County Superior Court

Has detainer been filed?  ☒ Yes   ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  January 15, 2021

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

**PENALTY SHEET**

Count 1: 18 U.S.C. §§ 844(n), (i) – Conspiracy to destroy by fire or explosive a building used in interstate commerce

    Minimum 5 years prison
    Maximum 20 years prison
    Maximum 3 years of supervised release following incarceration
    $250,000 fine
    $100 special assessment
    Criminal forfeiture

Count 2: 26 U.S.C. §§ 5861(d), 5845(f) – Possession of unregistered destructive devices

    Maximum 10 years prison
    Maximum 3 years supervised release following incarceration
    Maximum $250,000 fine
    $100 special assessment
    Criminal forfeiture

Counts 3-5: 18 U.S.C. § 922(o) – Possession of a machine gun

    Maximum 10 years prison
    Maximum 3 years supervised release following incarceration
    Maximum $250,000 fine
    $100 special assessment
    Criminal forfeiture

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count 1: 18 U.S.C. sec. 844(i), (n) -- Conspiracy to destroy by fire or explosive a building used in interstate commerce
Count 6: 18 U.S.C. sec. 1512(c) -- Obstruction of justice

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attached

## DEFENDANT - U.S

▶ Jarrod Copeland

**DISTRICT COURT NUMBER**
3:21-cr-00274 CRB

**FILED**
Jul 07 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

### IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal    ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.** _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** _____

**Name and Office of Person Furnishing Information on this form**   Frank Riebli

☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   Frank Riebli, AUSA

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**    ☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    **Bail Amount:** No bail

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____    Before Judge: _____

Comments:

**PENALTY SHEET**

Count 1:   18 U.S.C. §§ 844(n), (i) – Conspiracy to destroy by fire or explosive a building used in interstate commerce

   Minimum 5 years prison
   Maximum 20 years prison
   Maximum 3 years of supervised release following incarceration
   $250,000 fine
   $100 special assessment
   Criminal forfeiture

Count 6:   18 U.S.C. § 1512(c) – Obstruction of justice

   Maximum 20 years prison
   Maximum 3 years supervised release following incarceration
   Maximum $10,000 fine
   $100 special assessment
   Criminal forfeiture