STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

**FILED**

Jul 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IAN BENJAMIN ROGERS, and<br>JARROD COPELAND<br><br>    Defendants. | Case No. 3:21-cr-00274 CRB<br><br>MOTION TO SEAL DOCUMENTS AND DOCKET AND TO DELAY MERGING THE COMPLAINT UNTIL SUCH TIME AS THE INDICTMENT IS UNSEALED<br><br>**FILE UNDER SEAL** |

    The United States, by and through its counsel, Assistant United States Attorney Frank Riebli, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment and arrest warrant, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the government's ability to seize a specific item of evidence and the defendant's arrest. Specifically, the government anticipates seeking an arrest warrant for defendant Jarrod COPELAND, and a warrant to seize a specific item of evidence that law enforcement previously saw at COPELAND's residence, and photographed but did not seize. At the time, law enforcement did not appreciate the item's significance. The government will seek a seizure warrant and will attempt to seize that item when it executes the arrest warrant. If COPELAND learns of the indictment before law

MOTION FOR SEALING ORDER             1             v. 2/22/2020

enforcement have a chance to execute the warrants, he may dispose of the evidence.

It is for this same reason that the government asks the Court to seal the record of this indictment temporarily and direct the Clerk of the Court to delay merging the complaint into the indictment. COPELAND's co-defendant, Ian ROGERS, has already been arrested on a federal charge and has appeared in that action with counsel. His counsel will be notified of any changes to the docket – including the automatic notification generated with the Clerk of the Court merges the complaint into the indictment – and will have the opportunity (and obligation) to notify ROGERS. This, in turn, will result in notification reaching COPELAND. ROGERS is scheduled to appear before a federal magistrate on July 30, 2021. The government anticipates arresting COPELAND and unsealing the indictment and docket before that appearance. Thus, the government seeks only a temporary sealing – about three weeks – to ensure the safe arrest of COPELAND and possible seizure of an item of evidence.

Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation.

DATED: July 6, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Frank J. Riebli*
FRANK J. RIEBLI
Assistant United States Attorney