| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 7 | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Stephen Ybarra | REPORTER/FTR 11:24 - 11:31 | |
| MAGISTRATE JUDGE Alex G. Tse | | DATE July 15, 2021 | NEW CASE ☐ | CASE NUMBER 3:21-cr-00274-CRB-2 |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Jarrod Copeland | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT John Ambrosio | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Frank Riebli | | INTERPRETER n/a | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Brad Wilson | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS / STATUS TRIAL SET |
| ☒ | I.D. COUNSEL | ☒ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | IA REV PROB. or or S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☒ | ARRAIGNED ON INDICTMENT | ☒ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO: 7/20/21 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING _____ | ☐ CHANGE OF PLEA | ☒ **Set Further Proceedings** | |
| BEFORE HON. AGT | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

| ADDITIONAL PROCEEDINGS |
|---|
| This proceeding held via Zoom video conference.  DPPA advised.  AUSA orally moves to unseal the entire case - Granted. |

DOCUMENT NUMBER: