AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Jarrod Copeland<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.3:21-cr-00274 CRB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jarrod Copeland
                                                                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ❑ Complaint
❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to destroy by arson or explosive device a building used in interstate commerce, in violation of 18 U.S.C. secs.
844(i) and (n); Obstruction of justice, in violation of 18 U.S.C. sec. 1512(c).

Date:    July 7, 2021

_____
*Issuing officer's signature*

City and state:    San Francisco, CA

Hon. Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* July 9, 2021 , and the person was arrested on *(date)* July 14, 2021
at *(city and state)* Sacramento, CA               .

Date: July 14, 2021

_____
*Arresting officer's signature*

SA Stephanie Minor
*Printed name and title*