COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
THE COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
IAN BENJAMIN ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00274-CRB |
| Plaintiff, | JOINT STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 2, 2022 |
| vs. | |
| IAN BENJAMIN ROGERS and JARROD COPELAND, | |
| Defendants. | |

On July 8, 2021, the grand jury issued a six-count indictment charging IAN ROGERS and JARROD COPELAND with conspiring to destroy a building by arson or explosive devices, weapons violations and obstruction of justice. Mr. ROGERS has been (and remains) in custody in Napa County facing weapons charges since January, 2021. The parties made their first appearance in District Court on August 18, 2021. Mr. ROGERS appeared pursuant to a writ issued February 18, 2021. At that time, the parties agreed to continue the matter for a status conference to October 27, 2021. On October 27, 2021, the parties agreed to continue the matter for another status conference to December 14, 2021. Since then, the government has provided additional discovery. In addition, Mr. ROGERS' attorney, Colin Cooper, has been assigned out

and is in trial in a homicide case in state court in Contra Costa County. The trial is expected to last until the end of January, 2022.

The parties hereby request that the Court continue the status conference from December 14, 2021 to February 2, 2022 at 10:00 a.m. The continuance will allow the government the time needed to produce additional discovery and enable all parties to be in a better position to discuss both the pending charges and potential resolution. A continuance will also allow the government time to conduct a reverse proffer with defense counsel and defendants (scheduled for January 12, 2022). This reverse proffer will also enable all parties to be in a better position to discuss both the pending charges and potential resolution.

For these reasons, and to allow for the effective preparation of counsel, the parties agree that the ends of justice served by excluding the time from December 14, 2021 through February 2, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv).

IT IS SO STIPULATED.

Respectfully submitted,

THE COOPER LAW OFFICES

Dated: December 8, 2021         _____/s/_____
                                COLIN COOPER
                                Attorney for IAN ROGERS

Dated: December 8, 2021         _____/s/_____
                                FRANK RIEBLI
                                ASSISTANT UNITED STATES ATTORNEY

Dated: December 8, 2021         _____/s/_____
                                JOHN AMBROSIO
                                Attorney for JARROD COPELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-CR-00274-CRB |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER |
| IAN BENJAMIN ROGERS and JARROD COPELAND, | ) |
| Defendants. | ) |

For the reasons set forth above, the Court hereby continues the status conference in the above-captioned matter from December 14, 2021 until February 2, 2022 at 10:00 a.m. Further, to allow for the continued production of discovery and the effective preparation of counsel, the Court finds that the ends of justice served by granting the continuance outweigh the interests of the public and the defendants, and thus the Court excludes that period of time from the running of the speedy trial clock under Rule 5.1 and 18. U.S.C. § 3161(b). The Court further orders that, to the extent that IAN ROGERS remains in state custody, the U.S. Marshal and the Director of Corrections of the Napa County Department of Corrections shall produce Ian Rogers for the hearing on February 2, 2022, as provided in the writ issued on February 18, 2021 in this matter. IT IS SO ORDERED.

DATED:  December 13, 2021

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT