AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-CR-00274 CRB |
| IAN ROGERS and JARROD COPELAND | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/15/2021

/s/ Eric Cheng
*Attorney's signature*

Eric Cheng (CABN 274118)
*Printed name and bar number*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

*Address*

Eric.Cheng@usdoj.gov
*E-mail address*

(415) 436-7200
*Telephone number*

(415) 436-7234
*FAX number*

Print   Save As...   Reset