COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
IAN BENJAMIN ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-CR-00274-CRB |
| | ) |
| Plaintiff, | ) JOINT STIPULATION AND [PROPOSED] |
| | ) ORDER TO CONTINUE STATUS |
| vs. | ) CONFERENCE TO APRIL 27, 2022 |
| | ) |
| IAN BENJAMIN ROGERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

On July 8, 2021, the grand jury issued a six-count indictment charging IAN ROGERS

and JARROD COPELAND with conspiring to destroy a building by arson or explosive devices,

weapons violations and obstruction of justice. The parties made their first appearance in District

Court on August 18, 2021. Mr. ROGERS appeared pursuant to a writ issued February 18, 2021.

At that time, the parties agreed to continue the matter for a status conference to October 27,

2021. On October 27, 2021, the parties agreed to continue the matter for another status

conference to December 14, 2021. On December 14, 2021, the parties agreed to continue the

matter for another status conference to February 2, 2022. On February 2, 2022 the parties agreed

to continue the status conference to March 2, 2022. On March 2, 2022 the court moved the status

conference to March 30, 2022.  Since then, the government has provided additional discovery.

The parties now hereby request that the Court continue the status conference from March 30, 2022 to April 27, 2022 at 9:00 a.m. The continuance is requested because Colin Cooper is unavailable on March 30, 2022, as he will be in an all day preliminary hearing in the matter of People v. Dante Curley, case no. 20-CR-012339A in Alameda County Superior Court. The People v. Dante Curley matter is an in custody, homicide case. The continuance will enable all parties to be in a better position to discuss potential resolution.

For these reasons, and to allow for the effective preparation of counsel, the parties agree that the ends of justice served by excluding the time from March 30, 2022 through April 27, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv).

IT IS SO STIPULATED.

Respectfully submitted,

COOPER LAW OFFICES

Dated: March 17, 2022          _____/s/_____
                              COLIN COOPER
                              Attorney for IAN ROGERS


Dated: March 17, 2022          _____/s/_____
                              FRANK RIEBLI
                              ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21-CR-00274-CRB |
| ) | |
|        Plaintiff, ) | |
| ) | [PROPOSED] ORDER |
|    vs. ) | |
| ) | |
| IAN BENJAMIN ROGERS and ) | |
| JARROD COPELAND, ) | |
| ) | |
|       Defendants. ) | |
| ) | |

For the reasons set forth above, the Court hereby continues the status conference in the above-captioned matter from March 30, 2022 until April 27, 2022 at 9:00 a.m. Further, to allow for the continued production of discovery and the effective preparation of counsel, the Court finds that the ends of justice served by granting the continuance outweigh the interests of the public and the defendants, and thus the Court excludes that period of time from the running of the speedy trial clock under Rule 5.1 and 18. U.S.C. § 3161(b).

IT IS SO ORDERED.


DATED:   March 17, 2022          _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT COURT