# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  March 1, 2023         Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 20 Minutes
Case No.: CR21-0274-2 CRB
Case Name:  USA v. Jarrod Copeland (Present) (CUSTODY)

Attorney(s) for Government: Eric Cheng
Attorney(s) for Defendant(s): John Ambrosio
Probation Officer: Melissa Moy

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of 54 months on each of Counts One and Six, all counts to be served concurrently.  Defendant placed on supervised release for a term of 3 years on each of Counts One and Six, all such terms to run concurrently under the standard and special conditions. Defendant shall pay a special assessment of $200.  The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Refer to Judgment for additional information.  Defendant in custody at Santa Rita Jail.